IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JEREMY RODGERS,<br><br>        Defendants. | Criminal No.: **1:23-cr-00330-TNM-1**<br><br>**DEFENDANT CONSENT TO APPEAR BY VIDEO CONFERENCE** |

Defendant Rodgers, by and through undersigned counsel, hereby moves and consents to proceed via Zoom video conference for the Status Conference hearing set for November 30th. This consent is provided freely and voluntarily and no threats or promises have been made to compel Defendant's consent. Counsel has conferred with United States and they do not object to this motion.

Dated: November 27, 2023

*Jeremy Rodgers*
Jeremy Rodgers (Nov 27, 2023 19:35 EST)

27/11/2023

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 27, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
