IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**-v-**<br><br>**JEREMY RODGERS,**<br><br>          **Defendants.** | Criminal No.: **1:23-cr-00330-TNM-1**<br><br>**COUNSEL MOTION TO APPEAR BY VIDEO CONFERENCE** |

Yesterday, Defendant filed his consent to appear by video for the status hearing scheduled for this Thursday pursuant to the Court's statement at the last status hearing that he could so appear. Defendant greatly appreciates the Court allowing him to do so. In addition, undersigned counsel also respectfully requests the ability to appear by video. Counsel is aware of the Court's practice of holding all hearings in person, and counsel will certainly appear in person if required to do so. However, counsel is in the process of permanently moving to Florida and is currently in Florida in connection with both that move as well as the holidays. While counsel will soon be in DC for another January 6th trial scheduled in December, if counsel is required to appear Thursday in person, it will require a trip solely for that purpose. That will place a substantial burden on Defendant with respect to the cost of counsel's travel including both travel costs and attorney time. Counsel has conferred with the government, which takes no position on this request.

Dated: November 28, 2023

                                                                 Respectfully Submitted,


                                                                 /s/ *John M. Pierce*
                                                                 John M. Pierce
                                                                 21550 Oxnard Street
                                                                 3rd Floor, PMB #172
                                                                 Woodland Hills, CA 91367
                                                                 Tel: (213) 400-0725
                                                                 Email: jpierce@johnpiercelaw.com

                                                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 28, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

<u>/s/ John M. Pierce</u>
John M. Pierce